STATE OF NORTH CAROLINA v. PERRY SANDERS

No. 104

(Filed 7 September 1971)

Homicide § 31; Criminal Law § 135— first-degree murder — death sentence — remand for sentence of life imprisonment

Pursuant to the mandate of the Supreme Court of the United States, two first-degree murder cases in which the defendant received the death penalty in each case are remanded to the superior court with direction that the defendant be sentenced in each case to life imprisonment in the State's prison.

Justices HIGGINS and LAKE dissenting.

ON remand from the Supreme Court of the United States.

MOORE, Justice.

Defendant, Perry Sanders, was indicted on two charges of murder in the first degree. At the trial at the November 17, 1969 Criminal Session of the Superior Court of FORSYTH County, North Carolina, the cases were consolidated for trial. The jury returned a verdict of guilty of murder in the first degree in each case. Thereupon the court pronounced judgment in each case which imposed the death sentence. Upon defendant's appeal,

this Court found "No error" in the trial and judgments. *State v. Sanders,* 276 N.C. 598, 174 S.E. 2d 487 (1970). On June 28, 1971, upon its consideration of defendant's petition for writ of *certiorari,* the Supreme Court of the United States entered the following order: "The petition for writ of certiorari is granted. The judgments, insofar as they impose the death sentence, are reversed, *United States v. Jackson,* 390 U.S. 570 (1968), *Pope v. United States,* 392 U.S. 651 (1968), and the cases are re-manded for further proceedings." *Perry Sanders, Petitioner v. North Carolina,* 403 U.S. 948, 29 L. Ed. 2d 860, 91 S.Ct. 2290 (1971).

Pursuant to the mandate of the Supreme Court of the United States, these cases are remanded to the Superior Court of Forsyth County with directions to proceed as follows:

1. The presiding judge of the Superior Court of Forsyth County will cause to be served on the defendant, Perry Sanders, and on his attorneys of record, notice to appear during a session of said superior court at a designated time, not less than ten days from the date of the order. At such time, in open court, the defendant, Perry Sanders, being present in person and being represented by his attorneys, the presiding judge, based on the verdicts of guilty of murder in the first degree returned by the jury at the trial at the November 17, 1969 Criminal Session, will pronounce judgment in each case that the defendant, Perry Sanders, be imprisoned for life in the State's prison.

2. The presiding judge of the Superior Court of Forsyth County will issue a writ of *habeas corpus* to the official having custody of the defendant, Perry Sanders, to produce him in open court at the time and for the purpose of being present when the judgments imposing life imprisonment are pro-nounced.

Remanded for judgments.

Justices HIGGINS and LAKE dissent for the reasons stated in their separate dissenting opinions filed this day in *State v. Hill, ante* 371, 183 S.E. 2d 97 (1971).